**Order entered April 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01503-CV

### IN RE LAKEITH AMIR-SHARIF, Relator

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655-S**

## ORDER

The Court has before it relator's April 5, 2013 "Motion for Court to Issue Writ and Grant

All Other Relief in Law and in Equity that Relator is Entitled." The Court **DENIES** the motion.


/s/     JIM MOSELEY
           JUSTICE